JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCGHEE,** an individual, <br><br> Plaintiffs, <br><br> v. <br><br> **CARNIVAL CORPORATION & PLC,** a Bermuda Corporation**;** and **PRINCESS CRUISE LINES, LTD.,** a Bermuda Corporation**,** <br><br> Defendants. | CASE NO: 2:21-cv-01585 RGK-SKx <br><br> ~~[PROPOSED]~~ **ORDER OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** <br> [37] <br> Judge: Hon. R. Gary Klausner <br> Magistrate Judge: Hon. Steve Kim <br><br> Filed:   February 19, 2021 <br> Trial:    May 17, 2022 |

///
///
///

| | |
|---|---|
| 1 | **~~[PROPOSED]~~ ORDER** |

2   Upon consideration of the Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) ("Stipulation"), IT IS HEREBY ORDERED THAT the Stipulation is hereby GRANTED. Plaintiff John McGhee's claims are dismissed with prejudice. Each party shall bear their/its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED.**

Dated: 2/9/2021

*Gary Klausner*

Hon. R. Gary Klausner
United States District Judge

1